IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

United States of America,
Plaintiff,
vs.
Jose Guadalupe Nava Hernandez
Defendant.

CASE NUMBER 08-15585M-SD

**WAIVER OF REMOVAL HEARING**

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 4 day of april, 2008.

X J Guadalupe Nava H
Defendant

Brenda Sandoval
Attorney for the Defendant